NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**P TECH, LLC,**
*Appellant*

**v.**

**INTUITIVE SURGICAL, INC.,**
*Appellee*

---

2022-1923

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01687.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                           P TECH, LLC v. INTUITIVE SURGICAL, INC.


(2)  Each side shall bear their own costs.


                              FOR THE COURT

January 3, 2023
     Date                     /s/ Peter R. Marksteiner
                              Peter R. Marksteiner
                              Clerk of Court


**ISSUED AS A MANDATE:** January 3, 2023